**DISMISS; and Opinion Filed June 21, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01505-CV

**WILLIAM E. ROBINSON, JR., Appellant**
**V.**
**BORAL WINDOWS LLC, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16397**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Carlyle
Opinion by Justice Molberg

Before the Court is appellant's motion to dismiss appeal. Pursuant to Texas Rule of

Appellate Procedure 42.1(a)(1), we grant the motion and dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(1).

/Ken Molberg/
KEN MOLBERG
JUSTICE

181505F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WILLIAM E. ROBINSON, JR., Appellant

No. 05-18-01505-CV      V.

BORAL WINDOWS LLC, Appellee

On Appeal from the 193rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-18-16397.
Opinion delivered by Justice Molberg, Justices Myers and Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Boral Windows LLC recover its costs, if any, of this appeal from appellant William E. Robinson, Jr.

Judgment entered this 21st day of June, 2019.